IN THE COURT OF APPEALS OF THE STATE OF IDAHO

Docket Nos. 40185, 40186 & 40187

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2013 Unpublished Opinion No. 528 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: June 7, 2013 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| TYLER JERMANE OWENS, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fifth Judicial District, State of Idaho, Twin Falls County. Hon. Randy J. Stoker, District Judge.

Appeals from orders denying I.C.R. 35 motions for reduction of sentences, dismissed.

Sara B. Thomas, State Appellate Public Defender; Sally J. Cooley, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and MELANSON, Judge
_____

PER CURIAM

In Docket No. 40185, Tyler Jermane Owens pled guilty to one count of forgery, I.C. § 18-3601, and one count of burglary, I.C. §§ 18-1401 and 18-1403. In Docket No. 40186, Owens pled guilty to one count of burglary. In Docket No. 40187, Owens pled guilty to one count of burglary. In exchange for his guilty pleas, additional charges were dismissed and the state agreed not to pursue an allegation that Owens was a persistent violator. According to the terms of the plea agreement entered into between the parties, Owens waived his right to appeal his sentences unless the district court exceeded the agreed-to sentencing recommendations and waived his right to file I.C.R. 35 motions. The district court followed the terms of the plea agreement and sentenced Owens to concurrent terms of six years, with minimum periods of

1

confinement of two years, for forgery and burglary; a concurrent unified term of seven years, with a minimum period of confinement of three years, for burglary; and a unified term of seven years, with a minimum period of confinement of three years, for burglary. The district court retained jurisdiction, but thereafter relinquished jurisdiction. Owens filed I.C.R 35 motions for reduction of his sentences, which the district court denied. Owens appeals.

We hold that Owens's appellate challenges to the excessiveness of his sentences has been waived by his plea agreement. *See* I.C.R. 11(f)(1); *State v. Rodriguez*, 142 Idaho 786, 787, 133 P.3d 1251, 1252 (Ct. App. 2006). Owens's plea agreement contained a clause by which Owens waived his right to appeal his sentences and his right to file Rule 35 motions. Accordingly, we dismiss Owens's appeals.